UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN WINE COMPANY, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAINT JOAQUIN LLC, a California limited liability company, d.b.a. SAINT JOAQUIN WINE BAR; HALEY ISLAS-WOLF, an individual; and JOSH ISLAS, an individual,<br><br>                    Defendants. | Case No.  1:22-cv-00894-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT**<br><br>(Doc. 20) |

On October 12, 2022, the parties filed a stipulation and request to set aside the default of Defendant Saint Joaquin LLC.  (Doc. 20.)  Pursuant to the parties' stipulation, and for good cause, the stipulation to set aside the entry of default against Defendant Saint Joaquin LLC is GRANTED.  Fed. R. Civ. P. 55(c).  The Clerk of the Court is directed to vacate the entry of default as to Defendant Saint Joaquin LLC.  (Doc. 10.)  Defendant Saint Joaquin has answered the complaint.  (*See* Doc. 14.)

IT IS SO ORDERED.

Dated:   **October 13, 2022**          /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE

1