# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN WINE COMPANY, INC., | Case No. 1:22-cv-00894-BAM |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| SAINT JOAQUIN LLC, et al., | (ECF No. 27) |
| Defendants. | **DEADLINE: DECEMBER 29, 2022** |

This action was filed on July 20, 2022. (ECF No. 1.) On November 29, 2022, the parties appeared for an in-person settlement conference before Magistrate Judge Stanley A. Boone (see ECF No. 27), at which time the parties reached a settlement agreement. In light of the parties' settlement, all matters shall be vacated and the parties shall be directed to file dispositional documents.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Here, the parties have requested 30 days to file the dispositional documents, and the Court finds good cause exists to grant the requested relief. The parties are reminded, however, that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272).

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **December 29, 2022**.

IT IS SO ORDERED.

Dated:   **November 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE